# IN THE SUPREME COURT OF THE STATE OF NEVADA

LETICIA R. CASTRO; AND GRUPOMEX
HOLDINGS, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JAMES
CROCKETT, DISTRICT JUDGE,
Respondents,
and
GERALDINE KIRK-HUGHES, ESQ.;
AND JOHN SALOV,
Real Parties in Interest.

No. 73951

**FILED**

FEB 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges a district court order granting a motion to adjudicate an attorney lien. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see* NRAP 21(b)(1). In particular, petitioners have not provided this court with the documentation necessary for this court to understand and evaluate

18-06311

the matters set forth in their petition, *see* NRAP 21(a)(4), and petitioners' right to challenge the order in an appeal from a final judgment constitutes an adequate legal remedy precluding writ relief. *Pan*, 120 Nev. at 224, 229, 88 P.3d at 841, 844. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. James Crockett, District Judge
      David Lee Phillips & Associates
      Kirk-Hughes & Associates
      Varricchio Law Firm
      Eighth District Court Clerk

---

[1]In light of our denial of the writ petition, we deny as moot petitioners' motion for a stay.